**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Minwind IX, LLC

Case No: 15−30023 − KHS

Debtor(s)

Chapter 11 Case

**ORDER TO REASSIGN CHAPTER 11 CASE**

The petition commencing this chapter 11 case was filed on January 6, 2015. It appears that this case is related to another chapter 11 case, Minwind I, LLC, Case No. 15−30015, filed earlier and assigned to Judge Kathleen H. Sanberg.

IT IS ORDERED,

This case is returned to the clerk for reassignment to Judge Kathleen H. Sanberg.

Dated: 1/6/15

Judge Michael E. Ridgway.
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on January 6, 2015
 Lori Vosejpka  Clerk, United States Bankruptcy Court
By: michaels Deputy Clerk

**mnborc11** 7/13

United States Bankruptcy Court
District of Minnesota

In re:  
Minwind IX, LLC  
    Debtor

Case No. 15-30023-KHS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0864-3   User: michaels   Page 1 of 1   Date Rcvd: Jan 06, 2015  
                 Form ID: mnborc11   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2015.  
db        +Minwind IX, LLC,   500 Russell St,   Luverne, MN 56156-1585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2015 at the address(es) listed below:  
        David C. McLaughlin    on behalf of Debtor    Minwind IX, LLC david.fhmab@midconetwork.com, judy.fhmab@midconetwork.com;lisa.fhmab@midconetwork.com  
        Michael R Fadlovich    on behalf of U.S. Trustee    US Trustee michael.fadlovich@usdoj.gov  
        US Trustee    ustpregion12.mn.ecf@usdoj.gov  
                                                                                                               TOTAL: 3